1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CSBN 163973)
   Chief, Criminal Division
4  SUSAN B. GRAY (CSBN 100374)
   Assistant United States Attorney
5
   450 Golden Gate Avenue, 9th floor
6  San Francisco, CA 94102
   Telephone: 415.436.7324
7  Facsimile:  415.436.6748
   Email: susan.b.gray@usdoj.gov
8
   Attorneys for United States of America
9

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12
13  UNITED STATES OF AMERICA,           )   CV 08- 1161
                                        )
                       Plaintiff,       )
14                                      )
            v.                          )   WARRANT OF ARREST OF
15                                      )   PROPERTY IN REM
                                        )
16  APPROXIMATELY $99,900 IN UNITED     )
    STATES CURRENCY,                    )
17                                      )
                       Defendant.       )
18  _____)

19  TO:  ANY DEPUTY UNITED STATES MARSHAL OR ANY SPECIAL AGENT OF
         DRUG ENFORCEMENT ADMINISTRATION:
20

21      YOU ARE HEREBY COMMANDED to arrest and seize the defendant currency and

22  maintain custody of same pursuant to 19 U.S.C. § 1605 until further Order of the Court.

23      Claimants of the above-described currency which are the subject of this action shall file

24  their claims with the Clerk of the Court, Northern District of California, 450 Golden Gate Ave.,

25  16th floor, San Francisco, California 94102 and serve a copy thereof upon the United States

26  Attorney, Attention: Susan B. Gray, Assistant United States Attorney, U.S. Attorney's Office,

27  450 Golden Gate Ave., 9th floor, San Francisco, California 94102, within 35 days after the date

28  of service of the complaint in accordance with Rule G(5) of the Supplemental Rules for

1 | Admiralty or Maritime and Asset Forfeiture Claims or within 30 days after the date of final
2 | publication of the Notice of Forfeiture Action, whichever is earlier and answers to the Complaint
3 | shall be filed and served within twenty (20) days thereafter or within such additional time as may
4 | be allowed by the Court.
5 | Dated: February 27, 2008
                                                            RICHARD W. WEIKING
                                                            United States District Clerk

                                                       By: **Helen L. Almacen**

2