1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  SUSAN B. GRAY (CSBN 100374)
   Assistant United States Attorney
5
   450 Golden Gate Avenue, 9th floor
6  San Francisco, CA 94102
   Telephone: 415.436.7324
7  Facsimile:   415.436.6748
   Email: susan.b.gray@usdoj.gov
8
   Attorneys for United States of America
9

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                       SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,            )
14                                      )      No. CV 08-01161 EDL
                   Plaintiff,           )
15                                      )
            v.                          )      CERTIFICATE OF SERVICE
16                                      )
                                        )
17 APPROXIMATELY $99,900  IN UNITED     )
   STATES CURRENCY,                     )
18                                      )
                   Defendant.           )
19 _____)

20      The undersigned hereby certifies that she is an employee in the Office of the United

21 States Attorney for the Northern District of California and is a person of such age and discretion

22 to be competent to serve papers.  The undersigned further certifies that she caused a copy of

23      1.      Government Complaint for Forfeiture;

24      2.      Notice of Forfeiture Action;

25      3.      Warrant of Arrest of Property *In Rem;*

26      4.      Standing Order;

27      5.      US District Court Rules and Guidelines;

28      6.      ADR Dispute Resolution Procedures in the Northern District of California;

       7.    ECF Registration Information Handout; and

       8.    Notice of Assignment of Case to a United States Magistrate Judge

to be served this date via certified mail delivery upon the person(s) below at the place(s) and address(es) which is/are the last known address(es):

L. Stephen Turer, Esq.
610 Davis Street
Santa Rosa, CA 95401
Attorney for Michael Munoz & Gloria Munoz

    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

    Executed this __29th__ day of February, 2008, at San Francisco, California.

                                               /S/
                                    CAROLYN JUSAY
                                    Legal Assistant
                                    Asset Forfeiture Unit