# Eggshell Dynamics Investigative Services

Cherubim E. Hurdle, Sr. Partner 151 N. Pleasant Hill Blvd.   Pleasant Hill, IA 50327-7137 1-515-664-9200   c.hurdle@msn.com

March 17, 2008

Clerk of the Court
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102
RE: **COURT CASE NUMBER: CV 08-1161 EDL**

*FILED*
*MAR 2 7 2008*
*RICHARD W. WIEKING*
*CLERK, U.S. DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*

Dear Clerk of the Court:

Pursuant to 21 U.S.C. § 853(n), 21 USC 881, 18 U.S.C. (or other relevant US Code), see the case number above, I am filing this Verified Claim as a business owner claiming a legal interest in the Defendant Property with the Court, and as a representative on behalf of my future clients, within 60 days from the first day of publication of the Notice and I am aware that an Answer must be filed within 20 days thereafter, to stop the forfeiture of the property to the Federal Government. In your response, please advise me as to what is legally required as an "Answer" and if this document thoroughly covers the "Verified Claim" requirement.

Please provide copies of files on case numbers above, so I may provide a proper answer. The property may belong to one of my clients, or anyone else, a member of my family or a friend. Since all that is in the notice are the bare details, I have no way of knowing this without the actual case file. I also will need an extension of time to file an answer, 60 days in order to allow time for response back from you then to find the owners. If "answer" means proof of ownership, or affidavits from "innocent owners or bystanders" according to the cases of precedent that hold that property taken from those who are innocent of wrongdoing, who did nothing criminal, but as a result of criminal activity their property was taken away from them, it should be returned and not forfeited to any government entity--it is for these people I am filing. I am filing on behalf of those who are not aware of your notice, did not see the notice, are not aware of their rights even if they did see the notice, and for those who will retain my services once I find them and make them aware that the property is in my possession---I am holding it.

I am asking for instructions on civil forfeitures, and to be advised if this letter and the copy of my most recent bank statement on the back of this letter will do to verify my identity and to show my indigent status. In addition, I need to know what is needed for claimants such as me who cannot provide Evidence of ownership of the seized property to prevent forfeiture. I am also requesting that the court make me Receiver, Administrator, Trustee, or whatever is the correct title over these funds and property in order to proceed with investigations to find the proper owners (and ensure none are involved in any criminal or other activity that would cause forfeiture) and to be able to expedite the transferring of funds and property to the rightful owners once located. I used my bank statement because in order to register for the account with them I had to identify myself with my social security number and a government-issued Photo I.D., my driver's license. I cannot get to a Notary due to a disability that limits my ability to travel, whether locally or long distance.

For the record, I charge 50 percent of the total amount to be claimed, and the owner will be made aware of this and sign an agreement form before I proceed with processing the claim for them. Everything will be handled by me, and once the court releases the property and/or funds into my custody, the court will be free of all responsibility for any future claims made on the property and/or funds and will neither be liable, nor able to come back at a later time to retake the property. I am asking for this in writing that this is understood and true and I have the right to request this statement from the court. All documents will be created so that they have to be notarized, assuring the court that no claimant has any attachment to the person committing the crime or has an attachment to the person, but has no criminal connection or prior knowledge of crime before it was committed and I guarantee to put a Legal Notice of my own in the newspaper of highest circulation in the area that the property was seized from in order to give owners the opportunity to come forward. This letter of Verified Claim petition on my part is also my guarantee that I have no foreknowledge of the person or company from whom the property was seized, or of any intent to commit a crime at all, my only knowledge came afterward in that I saw the Legal Notice and responded to it.

Also, I will post the notice with higher visibility than the usual Legal Notice. This notice will be in a section of the paper (that the newspaper organization advises me is most likely to be read) such as a special interest or editorial column. I am a new business owner, disabled and currently living on SSDI, so I do not have the funds to pay any fees. If for some reason you cannot waive all of the fees, please accept this cash payment in the amount of one dollar (I am out of checks) to cover the cost of the fees. It is all I can afford, so I am also requesting that you waive all fees in the filing of this claim. Since the time limit allowed to claim is 60 days, & 20 days to Answer, please rush/expedite your response. Please note that due to the disability I will not be able to make any court appearances and everything will have to be handled using electronic or mail means.

I believe that this is sufficient to serve as a Validated Claim. Please let me know what is needed now as an "Answer" in 60 days or however much more time you can approve for investigation, to allow proper procedure so the court can to release the property to me. I believe that with the court's indulgence to allow me to handle locating the owners of this property seized in this forfeiture, justice will be done and my indigent status will change, and my ability to pay future fees will be increased greatly.

Respectfully,

*CE Hurdle*
Cherubim E. Hurdle, Sr. Partner

Copy Served Upon: Asst. US Attorney Susan B. Gray

Federal EIN #26-2115550 ..............................................................STATE OF CALIFORNIA FRANCHISE TAX BOARD Sales Tax ID #: PENDING



# WACHOVIA

**ACCOUNT ACTIVITY**

Account: EGGSHELL DYNAMI *5162

View Paper Statements   Check Search   Order Checks   Stop Payment (checks)

Posted Balance 03/17/2008: $803.96 *   Available Balance as of 03/18/2008: $803.96 ~   Check Card Holds   View Details

**Find Transactions**

Date Range: All Available    - OR -    [MM/DD/YYYY] to [MM/DD/YYYY]

Sort By: All Transaction Types

Note: You have account history available from: 01/03/2008
To view the last 16 months, go to View Paper Statements

**Transactions for: EGGSHELL DYNAMI *5162**

| Date | Type | Description | Withdrawals | Deposits | Balance |
|---|---|---|---|---|---|
| 03/17/2008 | Deposit | DEPOSIT | | $325.00 | $803.96 |
| 03/12/2008 | Purchase | PURCHASE VCI*VITACOST.COM 03/11 | $29.79 | | $478.96 |
| 03/10/2008 | Other | AUTOMATED DEBIT AFLAC INSURANCE | $39.90 | | $508.75 |
| 03/05/2008 | Check View | CHECK 10150 | $400.00 | | $548.65 |
| 03/04/2008 | Purchase | PURCHASE MCC*MEDIACOM 03-04 | $250.07 | | $948.65 |
| 03/03/2008 | Deposit | AUTOMATED CREDIT US TREASURY 303 SOC SEC | | $984.00 | $1,198.72 |
| 02/28/2008 | Purchase | PURCHASE VCI*VITACOST.COM 02/27 | $17.64 | | $214.72 |
| 02/27/2008 | Purchase | PURCHASE VCI*VITACOST.COM 02/26 | $112.60 | | $232.36 |
| 02/26/2008 | Purchase | PURCHASE PEOPLEFINDERS COM 02/26 | $19.95 | | $344.96 |
| 02/20/2008 | Check View | CHECK 10149 | $120.00 | | $364.91 |
| 02/19/2008 | Purchase | PURCHASE PEOPLEFINDERS COM 02/17 | $19.95 | | $484.91 |
| 02/12/2008 | Deposit | DEPOSIT | | $400.00 | $504.86 |
| 02/08/2008 | Other | AUTOMATED DEBIT AFLAC INSURANCE | $39.90 | | $104.96 |
| 02/06/2008 | Check View | CHECK 10142 | $40.00 | | $144.76 |
| 02/05/2008 | Check View | CHECK 10144 | $20.00 | | $184.76 |
| 02/05/2008 | Other | AUTOMATED DEBIT MEDIACOM WEST IA EFT PAYMNT | $104.75 | | $204.76 |
| 02/05/2008 | Check View | CHECK 10147 | $321.00 | | $309.51 |
| 02/05/2008 | Check View | CHECK 10145 | $400.00 | | $630.51 |
| 02/01/2008 | Deposit | AUTOMATED CREDIT US TREASURY 303 SOC SEC | | $984.00 | $1,030.51 |
| 01/23/2008 | Check View | CHECK 10146 | $40.00 | | $46.51 |
| 01/17/2008 | Check View | CHECK 10143 | $40.00 | | $86.51 |
| 01/15/2008 | Check View | CHECK 10140 | $100.00 | | $126.51 |
| 01/11/2008 | Check View | CHECK 10141 | $100.00 | | $226.51 |
| 01/09/2008 | Other | AUTOMATED DEBIT MEDIACOM WEST IA EFT PAYMNT | $93.38 | | $326.51 |
| 01/08/2008 | Check View | CHECK 10139 | $40.00 | | $419.89 |
| 01/08/2008 | Check View | CHECK 10137 | $327.71 | | $459.89 |
| 01/08/2008 | Check View | CHECK 10136 | $400.00 | | $787.60 |
| 01/07/2008 | Other | AUTOMATED DEBIT AFLAC INSURANCE | $39.90 | | $1,187.60 |
| 01/03/2008 | Deposit | AUTOMATED CREDIT US TREASURY 303 SOC SEC | | $984.00 | $1,227.50 |

1 - 29 of 29

\* Includes transactions that have cleared your account as of the close of the previous business day. See help with this page for more details.
~ Transactions that have been authorized but not yet posted are included. See help with this page for more details.

Customer Agreement   Privacy   Security   Legal
© 2008 Wachovia Corporation. All rights reserved.