1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH(CABN 163973)
3  Chief, Criminal Division

4  SUSAN B. GRAY (CSBN 100374)
   Assistant United States Attorneys
5
      450 Golden Gate Avenue, Box 36055
6     San Francisco, CA 94102
      Telephone: (415) 436-7324
7     Facsimile: (415) 436-6748
      email: susan.b.gray@usdoj.gov
8

9                    UNITED STATES OF AMERICA

10                  NORTHERN DISTRICT OF CALIFORNIA

11                      SAN FRANCISCO DIVISION

12

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | Case No. CV 08-1161 EDL |
|            Plaintiff,             ) | **DECLARATION OF** |
|       v.                          ) | **PUBLICATION** |
| APPROXIMATELY $99,900 IN UNITED   ) | |
| STATES CURRENCY,                  ) | |
|            Defendant.             ) | |

19    Notice of Civil Forfeiture was posted on an official government internet site (www.forfeiture.gov)

20 for at least 30 consecutive days, beginning on February 29, 2008, as required by Rule G(4)(a)(iv)(C) of

21 the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, as evidenced

22 by Attachment 1.

23    Notice was also published in a newspaper of general circulation on March 12, 2008, pursuant to

24 Rule G(4)(a) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Action.

25 Said published notice advised all third parties of their right to file a claim with the court no later than

26 thirty (30) days after final publication, and an answer within twenty (20) days after filing the claim, as

27 evidenced by Attachment 2.

28

1  I declare under penalty of perjury that the foregoing is true and correct.

2  Executed this 27th day of May, 2008.

```
                                    _____
                                    SUSAN B. GRAY
                                    Assistant United States Attorney
```

Attachment 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
COURT CASE NUMBER: CV 08-1161 EDL; NOTICE OF FORFEITURE ACTION

Pursuant to 21 USC 881, the United States filed a verified Complaint for Forfeiture against the following property:

$99,900.00 U.S. Currency (06-DEA-474003), which was seized from Michael MUNOZ on July 18, 2006 at 714 5th Street, located in Sonoma, CA

Any person claiming a legal interest in the Defendant Property must file a verified Claim with the court within 60 days from the first day of publication (February 29, 2008) of this Notice on this official government internet web site and an Answer within 20 days thereafter. Title 18, United States Code, Section 983(h)(1) permits a court to impose a civil fine on anyone asserting an interest in property which the court determines was frivolous.

The verified Claim and Answer must be filed with the Clerk of the Court, 450 Golden Gate Avenue, 16th Floor, San Francisco, CA  94102, and copies of each served upon Assistant United States Attorney Susan B. Gray, 450 Golden Gate Avenue, 10th Floor, San Francisco, CA  94102, or default and forfeiture will be ordered. See, 18 U.S.C. § 983(a)(4)(A) and Rule G(5) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions..

**Advertisement Certification Report**

The Notice of Publication was available on the www.forfeiture.gov web site for at least 18 hours per day between February 29, 2008 and March 29, 2008. Below is a summary report that identifies the uptime for each day within the 30-day period and reports the results of the web monitoring system's daily check that verifies that the advertisement was available each day.

USA v. Approximately $99,900 in United States Currency
**Court Case No:** CV 08-1161 EDL
**For Asset ID(s):** 06-DEA-474003 $99,900.00 U.S. Currency

| Consecutive Calendar Day Count | Date Advertisement Appeared on the Web Site | Total Hours Web Site was Available during Calendar Day | Verification that Advertisement existed on Web Site |
|---|---|---|---|
| 1 | 02/29/2008 | 23.2 | Verified |
| 2 | 03/01/2008 | 23.0 | Verified |
| 3 | 03/02/2008 | 23.0 | Verified |
| 4 | 03/03/2008 | 23.3 | Verified |
| 5 | 03/04/2008 | 21.8 | Verified |
| 6 | 03/05/2008 | 23.5 | Verified |
| 7 | 03/06/2008 | 22.7 | Verified |
| 8 | 03/07/2008 | 23.6 | Verified |
| 9 | 03/08/2008 | 23.5 | Verified |
| 10 | 03/09/2008 | 22.6 | Verified |
| 11 | 03/10/2008 | 21.5 | Verified |
| 12 | 03/11/2008 | 22.7 | Verified |
| 13 | 03/12/2008 | 22.8 | Verified |
| 14 | 03/13/2008 | 22.8 | Verified |
| 15 | 03/14/2008 | 22.5 | Verified |
| 16 | 03/15/2008 | 22.8 | Verified |
| 17 | 03/16/2008 | 22.8 | Verified |
| 18 | 03/17/2008 | 22.7 | Verified |
| 19 | 03/18/2008 | 22.8 | Verified |
| 20 | 03/19/2008 | 22.8 | Verified |
| 21 | 03/20/2008 | 22.8 | Verified |
| 22 | 03/21/2008 | 22.7 | Verified |
| 23 | 03/22/2008 | 22.8 | Verified |
| 24 | 03/23/2008 | 22.8 | Verified |
| 25 | 03/24/2008 | 22.8 | Verified |
| 26 | 03/25/2008 | 22.9 | Verified |
| 27 | 03/26/2008 | 22.8 | Verified |
| 28 | 03/27/2008 | 22.6 | Verified |
| 29 | 03/28/2008 | 22.8 | Verified |
| 30 | 03/29/2008 | 23.5 | Verified |

Additional log information is available and kept in the archives for 15 years after the asset has been disposed. For more information, please contact Carolyn Jusay in the Northern District of California at 415-436-7242.

Attachment2

## SONOMA COUNTY HERALD-RECORDER
~ SINCE 1899 ~

1818 FOURTH ST, P.O. Box 877, SANTA ROSA, CA 95404
Telephone (707) 545-1166 / Fax (707) 545-6310

This space for filing stamp only

ANDREA HOWARD
U.S. MARSHALS SERVICES/ASSETS &
450 GOLDEN GATE AVE BOX 36056
SAN FRANCISCO, CA - 94102

SO #: 1294603

SO-1294603#

UNITED STATES
DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff, v.
APPROXIMATELY $99,900 IN UNITED STATES CURRENCY,
Defendant.

No. CV 08- 1161 EDL

NOTICE OF FORFEITURE ACTION

## PROOF OF PUBLICATION

(2015.5 C.C.P.)

State of California        )
County of SONOMA     ) ss

Notice Type:   USM - US MARSHAL S PUBLICATION

Ad Description: CV 08-1161 EDL, USA V. APPROX. $99,900 IN U.S. CURRENCY

I am a citizen of the United States and a resident of the State of California; I am over the age of eighteen years, and not a party to or interested in the above entitled matter. I am the principal clerk of the printer and publisher of the SONOMA COUNTY HERALD-RECORDER, a newspaper published in the English language in the city of SANTA ROSA, county of SONOMA, and adjudged a newspaper of general circulation as defined by the laws of the State of California by the Superior Court of the County of SONOMA, State of California, under date 06/05/1953, Case No. 36990. That the notice, of which the annexed is a printed copy, has been published in each regular and entire issue of said newspaper and not in any supplement thereof on the following dates, to-wit:

03/12/2008

Executed on: 03/12/2008
At Los Angeles, California

I certify (or declare) under penalty of perjury that the foregoing is true and correct.

Signature

A civil complaint seeking forfeiture pursuant to 21 U.S.C. § 881(a)(6) was filed on February 27, 2008, in the United States District Court for the Northern District of California by the United States of America, plaintiff, against the *in rem* defendant currency.
In order to contest forfeiture of the *in rem* defendant currency, any person who asserts an interest in or right against the property, must file a verified statement identifying the interest or right within 35 days after the date of service of the complaint in accordance with Rule G(5) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims or within 30 days after the date of final publication of the Notice of Forfeiture Action, whichever is earlier.[1] Additionally, a claimant must serve and file an answer to the complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within 20 days after filing the claim.
An agent, bailee or attorney must state the authority to file a statement of interest or right against the property on behalf of another.
Statements of interest and answers should be filed with the Office of the Clerk, United States District Court for the Northern District of California, 450 Golden Gate Avenue, 16th Floor, San Francisco, California 94102, and copies should be served on Susan Gray, Assistant United States Attorney, 450 Golden Gate Avenue, 9th floor, San Francisco, California 94102.

Dated: February 26, 2008

Respectfully submitted,
JOSEPH P. RUSSONIELLO
United States Attorney
SUSAN B. GRAY
Assistant United States Attorney
JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division
SUSAN B. GRAY (CSBN 100374)
Assistant United States Attorney
450 Golden Gate Avenue, 9th floor
San Francisco, CA 94102
Telephone: 415.436.7324
Facsimile: 415.436.6748
Email: susan.b.gray@usdoj.gov

Attorneys for United States of America

[1] Please check www.forfeiture.gov for the listing of all judicial forfeiture notices as newspaper publication of judicial forfeiture notices will be discontinued in the near future.

3/12/08

RECEIVED
UNITED STATES MARSHAL
08 MAR 18 AM 11: 07
NORTHERN DISTRICT
OF CALIFORNIA

