1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Acting Chief, Criminal Division

4  SUSAN B. GRAY (CSBN 100374)
   Assistant United States Attorney
5
      450 Golden Gate Avenue, 9th Floor
6     San Francisco, CA 94102
      Telephone: 415.436.7324
7     Facsimile:  415.436.6748
      Email: Susan.B.Gray@usdoj.gov
8
   Attorneys for United States of America
9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. 08-01161 EDL |
| Plaintiff, | ) | |
| | ) | CERTIFICATE OF SERVICE |
| v. | ) | |
| | ) | |
| APPROXIMATELY $99,900 IN UNITED STATES CURRENCY, | ) ) | |
| | ) | |
| Defendant. | ) | |

    The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she caused a copy of

•    EX PARTE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER AND CASE MANAGEMENT STATEMENT

to be served this date via first class mail delivery upon the person(s) below at the place(s) and address(es) which are the last known address(es):

///

1 | L. Stephen Turer, Esq.  
2 | 610 Davis Street  
  | Santa Rosa, CA 95401  

Cherubim E. Hurdle  
151 N. Pleasant Hill Blvd.  
Pleasant Hill, IA 56327-7137

3    I declare under penalty of perjury under the laws of the United States of America that the

4 foregoing is true and correct to the best of my knowledge.

5    Executed this 28th day of May, 2008, at San Francisco, California.

7              /S/
               ALICIA CHIN
8              Paralegal/ AFU

CERTIFICATE OF SERVICE                                                              2
No. 08-01161 EDL                    2