JOSEPH P. RUSSONIELLO (44332)
United States Attorney
BRIAN J. STRETCH (CSBN 163937)
Chief, Criminal Division
SUSAN B. GRAY (CSBN 100374)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102
Telephone: (415) 436-7324
Facsimile: (415) 436-6748
email: susan.b.gray@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>    v.<br><br>APPROXIMATELY $99,900 IN UNITED STATES CURRENCY,<br><br>               Defendant. | **No.** C 08-01161 EDL<br><br>CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE |

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

                                            Respectfully submitted,

                                            JOSEPH P. RUSSONIELLO
                                            United States Attorney

Dated: July 16, 2008                        /S/
                                            SUSAN B. GRAY
                                            Assistant United States Attorney

CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she caused a copy of

- CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

to be served this date via first class mail delivery upon the person(s) below at the place(s) and address(es) which are the last known address(es):

| | |
|---|---|
| L. Stephen Turer, Esq.<br>610 Davis Street<br>Santa Rosa, CA 95401 | Cherubim E. Hurdle<br>151 N. Pleasant Hill Blvd.<br>Pleasant Hill, IA 56327-7137 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed this 16th day of July, 2008, at San Francisco, California.

/S/
ALICIA CHIN
Paralegal/ AFU

EX PARTE MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE;
[PROPOSED] ORDER AND CASE MANAGEMENT STATEMENT
No. C 08-01161 EDL

2