IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C-08-01161 EDL |
| Plaintiff, | **ORDER DENYING REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| v. | |
| APPROXIMATELY $ 99,900 IN US CURRENCY, | |
| Defendant. / | |

In light of the prior case management conference continuance granted in this case, the United States' request to continue the July 22, 2008 case management conference is DENIED.

**IT IS SO ORDERED.**

Dated: July 17, 2008

ELIZABETH D. LAPORTE
United States Magistrate Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>APPROXIMATELY &#036;99,900 IN US CURRENCY et al,<br><br>        Defendant.                / | Case Number: CV08-01161 EDL<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 18, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Cherubim E. Hurdle
Eggshell Dynamics Investigative Services
151 Pleasant Hill Blvd.
Pleasant Hill, IA 50327-7137

Dated: July 18, 2008

                                              Richard W. Wieking, Clerk

                                              By: Lili M. Harrell, Deputy Clerk