## In the United States District Court
## for the Northern District of California
## Magistrate Judge Elizabeth D. Laporte

## CIVIL MINUTES

Date: July 22, 2008

Case No: **C-08-01161 EDL**

Case Name: **UNITED STATES OF AMERICA v. APPROXIMATELY $99,900 IN US CURRENCY**

|  |  |
|---|---|
| Attorneys:   Pltf: Susan Gray | Deft: No appearance |
| Deputy Clerk: Lili M. Harrell | FTR Digital Recorder: 11:26am -11:31am (Time: 5 min) |

**PROCEEDINGS:**
  Initial Case Management Conference - held

**ORDERED AFTER HEARING:**
  Plaintiff shall file Motion to Strike Claim on 7/24/2008. Opposition due 8/7/2008. Reply due 8/14/2008. Court will take matter under submission.

**Order to be prepared by:**  [] Plntf  [] Deft  [X]  Court

**Case continued to:**  for

**Notes:** Govt shall research the issue of Claimant's consent.

cc: