IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>APPROXIMATELY $ 99,900 IN US CURRENCY,<br><br>  Defendant._____/ | No. C-08-01161 EDL<br><br>**ORDER FOLLOWING CASE MANAGEMENT CONFERENCE** |

Following the July 22, 2008 case management conference, it is HEREBY ORDERED that the United States shall file its motion to strike Cherubim Hurdle's claim by Friday July 25, 2008. Churdle shall file any opposition no later than August 8, 2008. The United States shall file any reply no later than August 15, 2008. The United States shall also provide briefing on the issue of consent no later than July 25, 2008. The United States shall file a notice regarding settlement within two weeks of the Court's ruling on its motion to strike.

**IT IS SO ORDERED.**

Dated: July 22, 2008

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>APPROXIMATELY &#036;99,900 IN US CURRENCY et al,<br><br>　　　　Defendant.　　　　　　　／ | Case Number: CV08-01161 EDL<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 23, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Cherubim E. Hurdle
Eggshell Dynamics Investigative Services
151 Pleasant Hill Blvd.
Pleasant Hill, IA 50327-7137

Dated: July 23, 2008

　　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk

　　　　　　　　　　　　　　　　　　*LiliMHarrell*
　　　　　　　　　　　　　　　　　　By: Lili M. Harrell, Deputy Clerk