1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney

2

3  BRIAN STRETCH (CSBN 163973 )
   Chief, Criminal Division

4  SUSAN B. GRAY (CSBN 100374)
   Assistant United States Attorney

5

6     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
      Telephone: (415) 436-7324

7     Facsimile: (415) 436-7234
      email:Susan.B.Gray@usdoj.gov

8  Attorneys for Plaintiff

9

10                   UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                        OAKLAND VENUE

13

14  UNITED STATES OF AMERICA,            )   No. C 08 1161 EDL
                                         )
15                    Plaintiff,         )
                                         )
16              v.                       )
    APPROXIMATELY $99,900                )   SETTLEMENT STIPULATION
17  IN UNITED STATES CURRENCY            )   AND [PROPOSED] FINAL ORDER
                                         )   OF FORFEITURE
18                    Defendant.         )
                                         )
19  _____ )

20

21

22

23

24

25

26

27

28

In full and final settlement of all claims and disputes arising from and related to the captioned forfeiture action, plaintiff United States of America, and claimant Michael Munoz, individually and in his capacity as Trustee for the Estate of Gloria Munoz, hereby stipulate and agree as follows:

1.   On February 27, 2008, plaintiff filed a civil action seeking forfeiture of the above-captioned defendant currency  pursuant to Title 21, United States Code, Section 881(a)(6), on the grounds that there was probable cause that the money constituted drug proceeds.

2.   Michael Munoz and Gloria Munoz, represented by L. Stephen Turer, were the sole claimants to the defendant funds in the administrative forfeiture proceeding.  Gloria Munoz is now deceased and Michael Munoz is the Trustee for her estate.  The United States and Michael Munoz, individually and as Trustee for the Estate of Gloria Munoz, agreed to the settlement of this action a few days after the complaint was filed.  Therefore, the claimants and the United States agreed that no claim and answer should be filed to avoid unnecessary costs and attorneys fees.  Michael Munoz and the Estate of Gloria Munoz now submit to the jurisdiction of this Court to effectuate this settlement agreement and the Court's Order of Forfeiture.

3.   Michael Munoz, individually and as Trustee for the Estate of Gloria Munoz, agrees that sufficient evidence exists to establish forfeiture of $49,950 of the defendant funds, pursuant to Title 21, United States Code, Section 881(a)(6), and consents to the forfeiture of said currency to the United States without further notice to him, individually and as Trustee for the Estate of Gloria Munoz. Michael Munoz, individually and as Trustee for the Estate of Gloria Munoz, further relinquishes all right, title and interest in $49,950 of the defendant currency, and agrees that said funds shall be forfeited to the United States and disposed of according to law by the appropriate federal agency.

4.   $49,950, which represents the balance of the defendant currency, shall be returned (via check made payable to Michael Munoz and his attorney L. Stephen Turer, whose business address is 610 Davis Street, Santa Rosa , California 95401.  Such payment shall be in full settlement and satisfaction of any and all claims by Michael Munoz, individually and as Trustee for the Estate of Gloria

Munoz, his heirs, representatives and assignees to the defendant currency indirectly or directly related to this action

    5.    Claimant Michael Munoz, individually and in his capacity as Trustee for the Estate of Gloria Munoz, his heirs, representatives and assignees, shall hold harmless the United States, any and all agents, officers, representatives and employees of same, including all federal, state and local enforcement officers, for any and all acts directly or indirectly related to the seizure and forfeiture of the defendant currency.

    6.    Each party shall pay its own attorney fees and costs.

Dated: 10/6/08

JOSEPH P. RUSSONIELLO
United States Attorney

SUSAN B. GRAY
Assistant United States Attorney

Dated:

L. Stephen Turer, Esq.
Attorney for Michael Munoz and
Michael Munoz as Trustee for the Estate of Gloria
Munoz

Dated: 10-7-08

Michael Munoz, individually and as Trustee for the
Estate of Gloria Munoz
Claimant

SETTLEMENT AGREEMENT AND PROPOSED ORDER
[ C 08-1161 EDL]

3

## ~~[PROPOSED]~~ FINAL ORDER OF FORFEITURE

Based upon the above stipulation and all pleadings filed herein,

IT IS HEREBY ORDERED that $49,950 of the defendant funds shall be and hereby is forfeited to the United States, pursuant to Title 21, United States Code, Section 881(a)(6).   All right, title and interest in said property is hereby vested in the United States of America.  The United States Marshals Service shall dispose of the forfeited property according to law.

IT IS FURTHER ORDERED that $49,950, which represents the balance of the defendant funds, shall be returned to Claimant Michael Munoz, individually and in his capacity as Trustee for the Estate of Gloria Munoz, by and through his attorney L. Stephen Turer, whose business address is 610 Davis Street, Santa Rosa, California, 95401.  Said payment shall be in full settlement and satisfaction of any and all claims by claimants, their heirs, representatives and assignees to the defendant funds indirectly or directly related to this action.

IT IS FURTHER ORDERED that claimants , this heirs, representatives and assignees, shall hold harmless the United States, any and all agents, officers, representatives and employees of same, including all federal, state and local enforcement officers, for any and all acts directly or indirectly related to the seizure and forfeiture of the defendant currency.

IT IS FURTHER ORDERED that each party bear its own costs and attorneys fees.
IT IS SO ORDERED.

DATED:    October 16, 2008

Elizabeth D. Laporte
UNITED STATES DISTRICT JUDGE



SETTLEMENT AGREEMENT AND PROPOSED ORDER
[ C 08-1161 EDL]

4